UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JOHN N. BRILES and JACKIE BRILES,
Co-Trustees of the Briles Family Revocable
Trust Dated February 23, 2007,

                **Plaintiff,**

                v.                              Civil No. 08-1290-AA

LOOMIS GROUP, INC., a Delaware
corporation, and JEFFREY D. LOOMIS,

                **Defendants.**

## JUDGMENT

This action is dismissed.

Dated: March 3, 2009.

                MARY L. MORAN, ACTING CLERK OF COURT

                by:    /s/ Leslie Engdall
                        Leslie Engdall, Deputy